IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL CLARENCE WESLEY,       Plaintiff, | : : : | |
| v. | : : | 1:16-cv-1205 |
| KATHRYN K. MCCARTHY, MARK BAKER, and ALAN J. POPICK,       Defendants. | : : : : | Hon. John E. Jones III |

# ORDER

**August 28, 2017**

NOW THEREFORE, upon consideration of the motion (Doc. 18) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. The motion (Doc. 18) to dismiss is **GRANTED**. Plaintiff's complaint (Doc. 1) is **DISMISSED** in its entirety.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge